**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

Civil Action No.   10-cv-02355-CMA-MJW                FTR - Courtroom A-502

**Date:**  December 13, 2010                                 Courtroom Deputy, Ellen E. Miller

_Parties_                                                              _Counsel_

HUNTER DOUGLAS INC.,                                 Donald A.  Degnan
HUNTER DOUGLAS WINDOW FASHIONS, INC.,
and
HUNTER DOUGLAS INDUSTRIES SWITZERLAND
GmbH,

         Plaintiff(s),

v.

HAGGAR INDUSTRIES, INC. d/b/a                   - - - - -
STARDECORATING.COM and STARBLINDS.COM,

         Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

---

**HEARING**:     **RULE 16(b) SCHEDULING CONFERENCE**
**Court in Session:**    9:31 a.m.
Court calls case.  Appearance of counsel.

Discussion is held regarding the status of the case.  Plaintiff's counsel represents to the Court
that he has been in discussions with an attorney on behalf of the defendant who has indicated
the defendant does not anticipate responding to a motion for default.

**It is ORDERED:**      Plaintiffs' MOTION FOR ENTRY OF DEFAULT AND REQUEST TO
                        VACATE SCHEDULING/PLANNING CONFERENCE [Docket No. **7,** Filed
                        December 10, 2010] is **DENIED in its entirety without prejudice.**

                        **On or before   DECEMBER 17, 2010,** Plaintiffs shall file an appropriate
                        MOTION FOR ENTRY OF DEFAULT and MOTION FOR DEFAULT
                        JUDGMENT.

**It is ORDERED:**      The Rule 16(b)  Scheduling Conference is vacated.

Hearing concluded.     **Court in recess:**     9:35 a.m.  Total In-Court Time 00: 04

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.